| | |
|---|---|
| | **JS6** |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANSOUR LALEZARI, | Case No. 2:18-cv-08743-RSWL-MAA |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| vs. | |
| GREENFIELD CHATEAU, a business entity of unknown form; CONNIE MANDEL, an individual and as Trustee of the Stefan and Ella Mandel Living Trust dated February 5, 1999; ZOLTAN KASLER, an individual; LenLib, Inc., a California Corporation; Leonard Rosenblatt, an individual; Libby Markowitz, an individual; Mandel Asset Management, LLC, a California limited liability company; and Bruce Mandel, as an individual and as Trustee of the Stefan and Ella Mandel Living Trust dated February 5, 1999. | |
| Defendants. | |

Pursuant to the Stipulation for Dismissal with Prejudice filed on January 17, 2020, the Court hereby dismisses this action with prejudice.

IT IS SO ORDERED.

DATED: 1/22/2020         s/ RONALD S.W. LEW
                         HON. RONALD S.W. LEW
                         U.S. DISTRICT JUDGE

-1-
**ORDER DISMISSING ACTION**

154574.00201/122498260v.1